**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION**

CASE NO: 07-20643-RAM
CHAPTER 13 CASE

IN RE:

SUSETT ROGERS,
     Debtor(s).

**NOTICE OF APPEARANCE**

    America's Servicing Company, as Servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-3 and its Successors And/or Assigns , a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**ANILA S. RASUL, ESQUIRE**
**LAW OFFICES OF DAVID J. STERN, P.A.**
**900 SOUTH PINE ISLAND ROAD, SUITE 400**
**PLANTATION, FL 33324-3920**

Dated this 15 day of May, 2009.

        LAW OFFICES OF DAVID J. STERN, P.A.
        Attorney for Secured Creditor
        900 South Pine Island Road, Suite 400
        Plantation, FL 33324-3920
        Phone: (954) 233-8000/ Ext 678
        Fax:    (954) 233-8727


        /s/ Anila S Rasul
        ANILA S. RASUL
        FBN: 36378

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following

SUSETT ROGERS
825 NW 32 AVENUE
MIAMI, FL 33125

NANCY N HERKERT, TRUSTEE
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE, STE. 1204
MIAMI, FL 33130

PATRICK L CORDERO, ESQ.
198 NW 37 AVE.
MIAMI, FL 33125

this <u>15</u> day of May, 2009.

                                                  LAW OFFICES OF DAVID J. STERN, P.A.
                                                  Attorney for Secured Creditor
                                                  900 South Pine Island Road, Suite 400
                                                  Plantation, FL 33324-3920
                                                  Phone: (954) 233-8000/ Ext 678
                                                  Fax:   (954) 233-8727


                                                  <u>/s/ Anila S Rasul</u>
                                                  ANILA S. RASUL
                                                  FBN: 36378

CASE #: 07-20643-RAM
07-80994 (ASCF) .noa